1

2                    UNITED STATES DISTRICT COURT

3                    EASTERN DISTRICT OF WASHINGTON

4

5   DEBRA M. MILLER,                    )
                                        )
6              Plaintiff,               )
                                        )      NO.  CV-11-38-JPH
7        vs.                            )
                                        )      **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                  )         **CIVIL CASE**
    Commissioner of Social Security,    )
9                                       )
               Defendant.               )
10                                      )
                                        )
11  _____)

12        **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 5th day of July, 2012.

19                              JAMES R. LARSEN
                                District Court Executive/Clerk
20

21

22                              by: __s/ Karen White_____
                                    Deputy Clerk
23

24

25  cc: all counsel

26